Lillie Lindsey, Appellant, v. Goldblatt Brothers, Inc. et al., Appellees.

Gen. No. 42,239.

Heard in second division, first district, this court at April term, 1942; opinion filed November 17, 1942; rehearing· denied December 8, 1942. Robert D. Melick and Julius Rieger, for appellant; Bernard Brown, for appellees; William A. Goldman and M. J. Getzov, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''

W. C. Tackett, Appellee, v. Arthur J. Rebmann and Adelaide C. Rebmann, Appellants.

Gen. No. 41,986.

Heard in second division, first district, this court at October term, 1941; opinion filed November 17, 1942. James E. Flanagan and John M. Mahoney, for appellants; Edward McTiernan, of counsel; Israel Dordek, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''